**HERSHEY CHOCOLATE CORPORA-
TION and A. C. Israel Commod-
ity Co., Inc., Appellants**

v.

**THE Steamship MARS, Her Engines,
Boilers, Machinery, Etc. and All Per-
sons Having Any Interest Therein, and
Westfallersen & Co., A/S J. Ludwig
Mowinckels Rederi, Trading as South-
ern Cross Line, Her Owners, Appellees.**

No. 12972.

United States Court of Appeals
Third Circuit.

Argued Jan. 7, 1960.

Decided Jan. 29, 1960.

Harrison G. Kildare, Philadelphia, Pa. (Rawle & Henderson, Thomas F. Mount, Philadelphia, Pa., on the brief), for appellants.

Mark D. Alspach, Philadelphia, Pa. (Krusen, Evans & Shaw, Springer H. Moore, Jr., Philadelphia, Pa., on the brief), for appellees.

Before McLAUGHLIN, KALODNER and STALEY, Circuit Judges.

PER CURIAM.

The sole question before us is whether Judge Egan in the district court properly decided that the appellees were not

responsible for spoilage of the part of the cargo involved. We think he did. There is substantial testimony in the record fully justifying that decision.

The findings and conclusions of the district court on this phase of the suit, 172 F.Supp. 321, will be affirmed and the case remanded to the district court for the purpose of entering judgment thereon in favor of the defendants.